STATE v. TRAPPER

No. 143

No. 48 N.C. App. 481

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 November 1980.


THOMPSON v. TRANSFER CO.

No. 17 PC

Case below: 48 N.C. App. 47

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 November 1980.


TIERNEY v. TIERNEY

No. 26 PC

Case below: 48 N.C. App. 631

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 November 1980.


WHITFIELD v. WINSLOW

No. 4 PC

Case below: 48 N.C. App. 206

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 November 1980.


WILKINSON v. INVESTMENT CO.

No. 30 PC

Case below: 48 N.C. App. 213

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 4 November 1980.